844

National Lawyers Guild; *Osmond K. Fraenkel, Arthur Garfield Hays, Benjamin H. Kizer* and *Perry J. Stearns* for the American Civil Liberties Union; *Joseph Forer* for the Southern Conference for Human Welfare; and *Arthur G. Silverman* for the International Longshoremen's & Warehousemen's Union et al.

No. 772. STEIN ET AL. *v.* UNITED STATES. C. C. A. 9th. Certiorari denied. *Morris Lavine* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 773. SINNOTT ET AL. *v.* SOUTH DAKOTA. Supreme Court of South Dakota. Certiorari denied. *Herbert S. Thatcher* for petitioners. *Ray F. Drewry*, Assistant Attorney General of South Dakota, for respondent.

No. 777. LAND O' LAKES DAIRY CO. *v.* VILLAGE OF SEBEKA ET AL. Supreme Court of Minnesota. Certiorari denied. *M. J. Doherty* for petitioner. *J. A. A. Burnquist*, Attorney General of Minnesota, and *Geo. B. Sjoselius*, Deputy Attorney General, for respondents.

No. 779. SHAPERO *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 6th. Certiorari denied. *Thomas G. Long* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Lee A. Jackson* and *L. W. Post* for respondent.

No. 784. WHITIN MACHINE WORKS *v.* REYNOLDS ET AL. C. C. A. 4th. Certiorari denied. *Newton A. Burgess* for petitioner. *John M. Robinson* and *Drury W. Cooper* for respondents.